UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO: 5:04-CR-258 FL

FILED
DEC 01 2004
US DISTRICT COURT, EDNC
BY L CLERK DEP CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | JOINT MOTION FOR |
| | ) | EXTENSION OF TIME TO |
| BENJAMIN C. SUTTON, | ) | FILE PRETRIAL MOTIONS |
| Defendant. | ) | AND MOTION TO CONTINUE |
| | ) | TRIAL |

NOW COME the Parties in the above-captioned matter, and respectfully move that this honorable Court extend time to file pretrial motions. The Parties also request an extension of time for the trial date for the reasons set forth below:

1. This case is a complex tax case involving numerous tax years and voluminous discovery (literally thousands of pages of documents).

2. The Parties have been in continuous contact and have been working through the voluminous discovery. Negotiations have continued for the last 30 days. The Parties now believe they can reach an agreement that would avoid the necessity of a trial.

3. The parties have been diligent in working toward the resolution, but numerous steps must be taken before a final agreement is reached. One of the most important steps is notification to the Department of Justice Tax Division regarding the proposed resolution which will have to be reviewed and approved (or not opposed).

4. AUSA Yvonne Watford McKinney has advised undersigned counsel that they are preparing the notification as well as the required memoranda necessary to resolve the case.

5. Once the Department of Justice has reviewed the matter, the Parties may be able to proceed and notify the Court of its resolution by the Court date (January 18, 2004).

6. In the event the resolution is not approved by the proper authorities, the Parties

believe the case will have to be tried. In such case, both the Government and Defendant will need a substantial amount of time to finish discovery issues, prepare pretrial motions and prepare for trial.

7. For the above reasons, AUSA Yvonne Watford McKinney has requested that this motion be filed as a joint motion to extend time to file pretrial motions and continue the trial date and that she concurs in the representations made herein.

For the above reasons, the Parties respectfully request that this Honorable Court extend time to file pretrial motions to January 21, 2005 and that in the event a trial date is needed, the January trial date be moved to the next term in February or thereafter.

Respectfully submitted this 1st day of December, 2004

BOYCE & ISLEY, PLLC

R. Daniel Boyce
R. Daniel Boyce
N. C. State Bar # 12329
Post Office Box 1990
Raleigh, North Carolina 27602-1990
Telephone: (919) 833-7373
Facsimile: (919) 833-7536

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Joint Motion for Extension of Time to File Pretrial Motions and Motion to Continue Trial** was served on the parties in this action by placing said copy in the United States Mail, postage prepaid and addressed as follows:

Ms. Yvonne Watford-McKinney
Assistant United States Attorney
215 S. Evans Street, Suite 206
Greenville, North Carolina 27858

This the 1st day of December, 2004.

R. Daniel Boyce