IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:04 CR-258-FL1

FILED
DEC 8 2004
US DISTRICT COURT, EDNC
BY LDK DEP. CLK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BENJAMIN C. SUTTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to continue the arraignment and trial and to extend the deadline for pretrial motions. The court has considered the motion and finds that there is good cause shown for the motion. Accordingly, the deadline for filing pretrial motions is hereby extended to January 21, 2005. Responses to motions shall be filed no later than January 31, 2005. Pursuant to Local Rule 16.1, a pretrial conference shall be conducted on or before December 23, 2004.

This case will be set for arraignment and trial at that term of criminal court commencing on February 22, 2005 before the Honorable Louise W. Flanagan, United States District Judge in New Bern, North Carolina. Where a trial is anticipated, counsel for each party shall file with the clerk and transmit electronically to the judge: (1) voir dire questions as required by Local Criminal Rule 24.2, E.D.N.C.; and (2) requests for jury instructions. Local Criminal Rule 24.1, E.D.N.C. (as amended herein to require these submissions not later than the Tuesday preceding the first day of the session). These documents must be filed with the clerk and electronically transmitted as directed to Judge Flanagan on or before February 11, 2005. The electronic copies shall be transmitted to **documents_judge_flanagan~nced.uscourts.gov.**[1]

[1] This is a receipt-only email address reserved solely for submission of requested electronic copies, supplemental to filing.

The court finds that the ends of justice served by granting these extensions outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This the 8 day of December, 2004.

JAMES C. DEVER, III
United States Magistrate Judge